# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-7088-R (JEM) | Date | July 6, 2016 |
|---|---|---|---|
| Title | Pedro Martinez v. S. Peery | | |

Present: The Honorable    John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: STATUS REPORT**

On April 6, 2016, the Court ordered Petitioner to file a status report no later than June 6, 2016. After failing to do so, on June 20, 2016, the Court *sua sponte* extended Petitioner's time to file the status report to June 27, 2016. To date, Petitioner has not filed the status report.

Accordingly, the Court ORDERS Petitioner to SHOW CAUSE in writing on or before July 13, 2016, why the stay of this action should not be lifted. The Order to Show Cause may be discharged by the filing of a status report demonstrating Petitioner's efforts to exhaust Ground Three, including attaching any habeas petitions (without exhibits) that have been filed in the state courts.

Petitioner is advised that failure to file the status report or other response to this Order to Show Cause may result in the stay being lifted, the Court's refusal to consider any request by Petitioner to adjudicate claims that may become exhausted at a future date, and/or a recommendation that this action be dismissed for lack of prosecution and/or failure to comply with a court order.

cc:    Parties

:
Initials of Preparer        sa