# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ,<br><br>    Petitioner,<br><br>  v.<br><br>S. PEERY, Warden,<br><br>    Respondent. | Case No. CV 15-7088-R (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that: (1) the First Amended Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: December 12, 2017

                MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE