# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>S. PEERY, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 15-7088-R (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 12, 2017

　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE